(January 27, 1976)

■ AETNA CASUALTY AND SURETY COMPANY, as Assignee of TRIMEN CONSTRUCTION COMPANY, Respondent, v BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.—Order, Supreme Court, New York County, entered on August 5, 1975, unanimously affirmed for the reasons stated by Frank, J., at Special Term, and that the respondent recover of the appellant $40 costs and disbursements of this appeal. No opinion. Concur—Stevens, P. J., Kupferman, Silverman, Capozzoli and Nunez, JJ.

■ DUTCHESS LINGERIE, INC., Plaintiff, v CONTINENTAL SCREEN PRINTING CORP., Defendant and Third-Party Plaintiff-Respondent. SCREEN MODES, INC., Third-Party Defendant-Appellant.—Order, Supreme Court, New York County, entered on August 14, 1975, unanimously affirmed for the reasons stated by Tyler, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. No opinion. Concur—Lupiano, J. P., Birns, Capozzoli, Lane and Nunez, JJ.

■ KEYSTONE PORTLAND CEMENT COMPANY, Respondent, v ELJAM MASON SUPPLY, INC., et al., Appellants.—Judgment, Supreme Court, Bronx County, entered on May 19, 1975, unanimously affirmed for the reasons given at Special Term. Respondent shall recover of appellants $60 costs and disbursements of this appeal. No opinion. Concur—Stevens, P. J., Murphy, Silverman, Capozzoli and Nunez, JJ.

■ In the Matter of COUNTRY-WIDE INSURANCE COMPANY, Appellant. KENNETH KANTOR, Respondent; NATIONWIDE MUTUAL INSURANCE COMPANY, Respondent.—Order, Supreme Court, New York County, entered on December 23, 1974, unanimously affirmed for the reasons set forth at Special Term, and that the corespondent-respondent shall recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Lane, JJ.

■ In the Matter of NYS-TS BEVERAGE CORP., Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant.—Judgment, Supreme Court, New York County, entered on October 9, 1975, unanimously affirmed on opinion of Tyler, J., at Special Term and that the respondent recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Lane, JJ.

■ In the Matter of SALVADOR LORA, Appellant, v MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.—Judgment, Supreme Court, New York County, entered on March 31, 1975, unanimously affirmed for the reasons stated at Trial Term, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Lane, JJ.

■ COPY CATS, INC., Respondent, v KETCHUM, MACLEOD & GROVE, INC., Appellant.—Order, Supreme Court, New York County, entered on January 3, 1975, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Lupiano, Silverman, Lane and Nunez, JJ.

■ RAMONA PRODUCTIONS, INC., Respondent, v WBC PRODUCTIONS, INC., et al., Defendants. GROUP W. PRODUCTIONS, INC., Interpleading Plaintiff-Appellant, v MILLARD LAMPBELL et al., Interpleaded Defendants.—Order, Supreme Court, New York County, entered on September 12, 1975, unanimously affirmed. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Technically, there was no default on the return